Nos. 22-1432/1433

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Jun 14, 2024
KELLY L. STEPHENS, Clerk
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff-Appellee, | ) |
| | ) |
| v. | ) |
| | )    O R D E R |
| GREGORY ROGERS, | ) |
| | ) |
|     Defendant-Appellant. | ) |
| | ) |
| | ) |
| | ) |

**BEFORE:** McKEAGUE, STRANCH, and NALBANDIAN, Circuit Judges.

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the cases. The petition then was circulated to the full court. No judge has requested a vote on the suggestion for rehearing en banc. Judge Stranch would grant rehearing for the reasons stated in her dissent.

Therefore, the petition is denied.

**ENTERED BY ORDER OF THE COURT**

_Kelly L. Stephens_
Kelly L. Stephens, Clerk